The WESTERN CASUALTY AND SURETY COMPANY, Appellant,

v.

UNITED STATES FIDELITY & GUARANTY COMPANY, Appellee.

No. 21216.

United States Court of Appeals
Fifth Circuit.

Nov. 20, 1964.

Rehearing Denied Dec. 21, 1964.

Vardaman S. Dunn, Jackson, Miss., Cox, Dunn & Clark, Jackson, Miss., of counsel, for appellant.

George H. Butler, Roger C. Landrum, Robert C. Cannada, Jackson, Miss., Butler, Snow, O'Mara, Stevens & Cannada, Jackson, Miss., of counsel, for appellee.

Before TUTTLE, Chief Judge, and JONES and ANDERSON,* Circuit Judges.

PER CURIAM.

Two insurance companies having the same risks invoke federal jurisdiction for a determination as to whether there shall be contribution between them in the payment of a loss. We are persuaded that the controversy was correctly decided by the district court, 235 F.Supp. 915, and its judgment is

Affirmed.